## Commonwealth *v.* Dunson, Appellant.

Submitted March 17, 1971. *Eugene H. Clarke, Jr.,* for appellant; *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.